CO-386-online
FILED 

MAR 18 2008

# United States District Court
# For the District of Columbia

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PUBLIC WAREHOUSING )
COMPANY K.S.C. )
)
)
        vs      Plaintiff )
)
DEFENSE SUPPLY CENTER PHILADELPHIA, )
DEFENSE LOGISTICS AGENCY, and )
DEPARTMENT OF DEFENSE )
)
             Defendant )

Case: 1:08-cv-00464
Assigned To : Bates, John D.
Assign. Date : 3/18/2008
Description: FOIA/Privacy Act

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Public Warehousing Company K.S.C.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Public Warehousing Company K.S.C.__ which have any outstanding securities in the hands of the public:

Public Warehousing Company K.S.C.
Metal and Recycling Co KSCC

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 289322
BAR IDENTIFICATION NO.

Michael R. Charness
Print Name

Vinson & Elkins LLP, 1455 Pennsylvania Ave. NW, Suite 600
Address

Washington    DC    20004
City    State    Zip Code

202-639-6780
Phone Number

2