IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC WAREHOUSING COMPANY K.S.C.,**<br>    Sulaibiya Main Building<br>    Beside Land Customs Clearing Area<br>    State of Kuwait<br><br>v.<br><br>**DEFENSE SUPPLY CENTER PHILADELPHIA**<br>    700 Robbins Avenue<br>    Philadelphia, PA 19111-5092,<br><br>**DEFENSE LOGISTICS AGENCY**<br>    8725 John J. Kingman Road<br>    Suite 1644<br>    Fort Belvoir, VA 22060-6221, **and**<br><br>**DEPARTMENT OF DEFENSE**<br>    1600 Defense Pentagon<br>    Washington, DC 20301-1600. | **Case No. 1:08-cv-00464-JDB** |

### AFFIDAVIT REGARDING PROOF OF SERVICE

Jamie F. Tabb, being duly sworn, hereby states as follows:

1.   I am over twenty-one years of age and am competent to execute this affidavit. I am a resident of the Commonwealth of Virginia.

2.   I am an attorney employed by the law firm of Vinson & Elkins L.L.P., located at 1455 Pennsylvania Avenue, N.W., Washington, D.C. 20004-1008.

3. On March 18, 2008, I sent, by certified mail, return receipt requested (Receipt No. 7005 1820 0001 7541 2490) copies of the summons and complaint in the above-captioned case to:

> Attorney General of the United States
> U.S. Department of Justice
> Room B-103
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530-0001

4. The return receipt was returned to me in late March, 2008. A copy of the first page of the summons and a copy of the return receipt and the corresponding certified mail receipt are annexed hereto as Exhibit A.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit Regarding Proof of Service is true and correct to the best of my knowledge.

Executed on this 14th day of April, 2008.

> Jamie F. Tabb
> Vinson & Elkins L.L.P.
> 1455 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004-1008
> 202.639.6773

In the District of Columbia

SUBSCRIBED AND SWORN BEFORE ME this 14th day of April, 2008 at Washington, District of Columbia, to certify which witness my hand and official seal:

Name: Kathryn J. Mereigh
Notary Public in and for the District of Columbia

My commission expires: Jan. 14, 2012

KATHRYN J. MEREIGH
Notary Public, District of Columbia
My Commission Expires January 14, 2012

2

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PUBLIC WAREHOUSING COMPANY K.S.C.

**SUMMONS IN A CIVIL CASE**

V.

DEFENSE SUPPLY CENTER PHILADELPHIA,
DEFENSE LOGISTICS AGENCY, and
DEPARTMENT OF DEFENSE

CASE NU̶

Case: 1:08-cv-00464
Assigned To : Bates, John D.
Assign. Date : 3/18/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Attorney General of the United States
U.S. Department of Justice
Room B-103
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael R. Charness
Vinson & Elkins LLP
1455 Pennsylvania Ave. NW, Suite 600
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 18 2008

CLERK                                      DATE

(By) DEPUTY CLERK



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General of the United States
   U.S. Department of Justice
   Room B-103
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    MAR 24 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0001 7541 2490

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540