IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC WAREHOUSING COMPANY K.S.C.**, §<br>　Sulaibiya Main Building §<br>　Beside Land Customs Clearing Area §<br>　State of Kuwait §<br>§<br>v. §<br>§<br>**DEFENSE SUPPLY CENTER PHILADELPHIA** §<br>　700 Robbins Avenue §<br>　Philadelphia, PA 19111-5092, §<br>§<br>**DEFENSE LOGISTICS AGENCY** §<br>　8725 John J. Kingman Road §<br>　Suite 1644 §<br>　Fort Belvoir, VA 22060-6221, **and** §<br>§<br>**DEPARTMENT OF DEFENSE** §<br>　1600 Defense Pentagon §<br>　Washington, DC 20301-1600. § | **Case No. 1:08-cv-00464-JDB** |

## AFFIDAVIT REGARDING PROOF OF SERVICE

　　Jamie F. Tabb, being duly sworn, hereby states as follows:

　　1.　　I am over twenty-one years of age and am competent to execute this affidavit. I am a resident of the Commonwealth of Virginia.

　　2.　　I am an attorney employed by the law firm of Vinson & Elkins L.L.P., located at 1455 Pennsylvania Avenue, N.W., Washington, D.C. 20004-1008.

1

3. On March 18, 2008, I sent, by certified mail, return receipt requested (Receipt No. 7005 1820 0001 7541 2315) copies of the summons and complaint in the above-captioned case to:

> Office of General Counsel
> Defense Logistics Agency
> 8725 John J. Kingman Road
> Suite 1644
> Fort Belvoir, VA 22060-6221

4. The return receipt was returned to me in late March, 2008. A copy of the first page of the summons and a copy of the return receipts and the corresponding certified mail receipt are annexed hereto as Exhibit A.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit Regarding Proof of Service is true and correct to the best of my knowledge.

Executed on this __14th__ day of April, 2008.

_____
Jamie F. Tabb
Vinson & Elkins L.L.P.
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
202.639.6773

In the District of Columbia

SUBSCRIBED AND SWORN BEFORE ME this __14th__ day of April, 2008 at Washington, District of Columbia, to certify which witness my hand and official seal:

_____
Name:
Notary Public in and for the District of Columbia
My commission expires: Jan. 14, 2012

KATHRYN J. MEREIGH
Notary Public, District of Columbia
My Commission Expires January 14, 2012

2

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PUBLIC WAREHOUSING COMPANY K.S.C.

**SUMMONS IN A CIVIL CASE**

V.

DEFENSE SUPPLY CENTER PHILADELPHIA,
DEFENSE LOGISTICS AGENCY, and
DEPARTMENT OF DEFENSE

CA   Case: 1:08-cv-00464
Assigned To : Bates, John D.
Assign. Date : 3/18/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Defense Logistics Agency
8725 John J. Kingman Rd., Suite 1644
Fort Belvoir, VA 22060-6221

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael R. Charness
Vinson & Elkins LLP
1455 Pennsylvania Ave. NW, Suite 600
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 1 8 2008

CLERK                                       DATE

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

J. Tabb

| | |
|---|---|
| Postage | $ 1.14 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.94 |

Postmark: CAPITOL STA. WASHINGTON, DC 20013, MAR 18 2008

Sent To: Office of General Counsel, Def. Logistics Agency
Street, Apt. No.; or PO Box No. 8725 John J Kingman Rd. Suite 1644
City, State, ZIP+4 Fort Belvoir, VA 22060-6221

PS Form 3800, June 2002

7005 1820 0001 7541 2315

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of General Counsel
   Defense Logistics Agency
   8725 John J. Kingman Road
   Suite 1644
   Fort Belvoir, VA 22060-6221

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Walter Thomas*  ☐ Agent  ☑ Addressee

B. Received by (Printed Name): WALTER THOMAS
C. Date of Delivery: 3/21/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 7541 2315

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540