IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC WAREHOUSING COMPANY K.S.C.,**<br>    Sulaibiya Main Building<br>    Beside Land Customs Clearing Area<br>    State of Kuwait<br><br>v.<br><br>**DEFENSE SUPPLY CENTER PHILADELPHIA**<br>    700 Robbins Avenue<br>    Philadelphia, PA 19111-5092,<br><br>**DEFENSE LOGISTICS AGENCY**<br>    8725 John J. Kingman Road<br>    Suite 1644<br>    Fort Belvoir, VA 22060-6221, **and**<br><br>**DEPARTMENT OF DEFENSE**<br>    1600 Defense Pentagon<br>    Washington, DC 20301-1600. | **Case No. 1:08-cv-00464-JDB** |

## AFFIDAVIT REGARDING PROOF OF SERVICE

Jamie F. Tabb, being duly sworn, hereby states as follows:

1.   I am over twenty-one years of age and am competent to execute this affidavit. I am a resident of the Commonwealth of Virginia.

2.   I am an attorney employed by the law firm of Vinson & Elkins L.L.P., located at 1455 Pennsylvania Avenue, N.W., Washington, D.C. 20004-1008.

1

      3.    On March 18, 2008, I sent, by certified mail, return receipt requested (Receipt No. 7005 1820 0001 7541 2308) copies of the summons and complaint in the above-captioned case to:

> Office of General Counsel
> Department of Defense
> 1600 Defense Pentagon
> Washington, DC 20301-1600

      4.    The return receipt was returned to me in late March, 2008. A copy of the first page of the summons and a copy of the return receipt and the corresponding certified mail receipt are annexed hereto as Exhibit A.

      5.    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit Regarding Proof of Service is true and correct to the best of my knowledge.

Executed on this _16th_ day of April, 2008.

 

                                                              Jamie F. Tabb
                                                              Vinson & Elkins L.L.P.
                                                              1455 Pennsylvania Avenue, N.W.
                                                              Washington, D.C. 20004-1008
                                                              202.639.6773

In the District of Columbia

SUBSCRIBED AND SWORN BEFORE ME this _16th_ day of April, 2008 at Washington, District of Columbia, to certify which witness my hand and official seal:

Name: _Kathryn J. Mereigh_
Notary Public in and for the District of Columbia

My commission expires: _Jan. 14, 2012_

                                                                                         KATHRYN J. MEREIGH
                                                                                Notary Public, District of Columbia
                                                                            My Commission Expires January 14, 2012

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PUBLIC WAREHOUSING COMPANY K.S.C.

**SUMMONS IN A CIVIL CASE**

V.

DEFENSE SUPPLY CENTER PHILADELPHIA,
DEFENSE LOGISTICS AGENCY, and
DEPARTMENT OF DEFENSE

Case: 1:08-cv-00464
Assigned To : Bates, John D.
Assign. Date : 3/18/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Department of Defense
1600 Defense Pentagon
Washington, DC 20301-1600

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael R. Charness
Vinson & Elkins LLP
1455 Pennsylvania Ave. NW, Suite 600
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            MAR 1 8 2008

CLERK                                          DATE

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.14 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.94 |

Postmark Here — MAR 18 2008 — NATIONAL CAPITOL STA. WASHINGTON DC 20013 USPS

J. Tobb

Sent To: Office of General Counsel, DoD
Street, Apt. No.; or PO Box No.: 1600 Defense Pentagon
City, State, ZIP+4: Washington, DC 20301-1600

PS Form 3800, June 2002                See Reverse for Instructions

7005 1820 0001 7541 2308

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Office of General Counsel
    Department of Defense
    1600 Defense Pentagon
    Washington, D.C. 20301-1600

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): A. Vrtis
C. Date of Delivery: 3/25/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 7541 2308

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540