UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action 08-464 (JDB) |
| DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY and THE DEPARTMENT OF DEFENSE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for the Defendants in the above-captioned civil action.

Respectfully submitted,

/s/_____ _____
BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C.  20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov