UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C., )<br>)<br>Plaintiff, )<br>)<br> )<br>)<br>DEFENSE SUPPLY CENTER, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 08-464 (JDB) |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants, by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend by three weeks, to May 14, 2008, their deadline to file a response to the Complaint. The current deadline is this Wednesday, April 23, 2008. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with Plaintiff's counsel on the extension motion via telephone on Tuesday, April 22, 2008, and Plaintiff consented to the relief requested.

There is good cause to grant this motion. The Assistant United States Attorney who had been assigned primary responsibility over this Freedom of Information Act ("FOIA") case had it transferred to the undersigned Assistant United States Attorney (the "undersigned AUSA") on or about April 7, 2008. Prior to that date, the undersigned AUSA did not know that he would be assuming responsibility for this action. Thus, the undersigned AUSA will need a reasonable amount of time to review the Complaint, correspond with agency counsel, and obtain necessary information from the Department of Justice's criminal and civil fraud sections.

For the foregoing reasons, Defendants respectfully request that their deadline to file their response to the Complaint be extended to May 14, 2008. A proposed order consistent with this

motion is attached hereto.

Dated: April 22, 2008                    Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


  /s/
BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C.   20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C., )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>DEFENSE SUPPLY CENTER, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 08-464 (JDB) |

## **ORDER**

Having considered Defendants' Motion for Extension of Time to Respond to the Complaint, and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time to Respond to the Complaint be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendants shall submit their response to the Complaint by May 14, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:   ECF Counsel