UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 08-464 (JDB) |
| ) | |
| DEFENSE SUPPLY CENTER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' CONSENT MOTION FOR SECOND EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendants, by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend by one week, to May 21, 2008, their deadline to file a response to the Complaint.  The current deadline is Wednesday, May 14, 2008.  Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with Plaintiff's counsel on the extension motion via e-mail on Wednesday, May 14, 2008, and Plaintiff's counsel consented to the relief requested.

There is good cause to grant this motion.  Counsel for Defendants requires the time to confer with agency counsel and to finalize the agency's response to the allegations in the Complaint.  The undersigned counsel also seeks time to discuss further options with Plaintiff's counsel prior to submission of any filing with the Court.

For the foregoing reasons, Defendants respectfully request that their deadline to file their response to the Complaint be extended to May 21, 2008.  A proposed order consistent with this motion is attached hereto.

Dated: May 14, 2008  Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


/s/
BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C.   20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 08-464 (JDB) |
| ) | |
| DEFENSE SUPPLY CENTER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **ORDER**

Having considered Defendants' Motion for Extension of Time to Respond to the Complaint, and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that Defendants' Consent Motion for Second Extension of Time to Respond to the Complaint be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendants shall submit their response to the Complaint by May 21, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:   ECF Counsel