UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC WAREHOUSING CO., K.S.C., )
)
        Plaintiff, )
)
) Civil Action No. 08-464 (JDB)
)
DEFENSE SUPPLY CENTER )
PHILADELPHIA, et al., )
)
        Defendants. )
_____)

### NOTICE OF VOLUNTARY DISMISSAL

Defendants, by and through undersigned counsel, hereby file a Stipulation of Dismissal of the entire case, which is signed by both parties. See Exhibit A.

Dated May 21, 2008

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Brandon L. Lowy
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC WAREHOUSING CO., K.S.C., )
)
        Plaintiff, )
)
) Civil Action No. 08-464 (JDB)
)
DEFENSE SUPPLY CENTER )
PHILADELPHIA, et al., )
)
        Defendants. )
_____)

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Public Warehousing Co., K.S.C., hereby dismisses this civil action. Each party shall bear its own costs and attorneys' fees.

_____
MICHAEL R. CHARNESS, I
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, NW
Washington, DC 20004-1008
(202) 639-6780
Email: mcharness@velaw.com

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____
BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C. 20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov

Dated: May 20, 2008